IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALLEN DEWAYNE MCFADDEN, JR.,

      Appellant,

 v.                                             Case No.  5D17-2221

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 28, 2018

Appeal from the Circuit Court
for Orange County,
Dan Traver, Judge.

James S. Purdy, Public Defender, and
Alexandra  K. Galvin, Assistant Public
Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.  *See Asencio v. State*, 244 So. 3d 294, 297 (Fla. 4th DCA 2018) (explaining that an audio recording may be authenticated by a records custodian of jail calls, even if that custodian is not personally familiar with the defendant's voice because the question for the trial court is not whether the evidence is authentic, but whether evidence exists from which the jury could reasonably conclude that it is authentic).

COHEN, C.J., BERGER and LAMBERT, JJ., concur.